IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA K. CRANE, | No. 6:15-cv-2199-YY |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation (#26) on March 6, 2017, in which she recommends that this Court reverse the Commissioner's decision denying Disability Insurance Benefits and Supplemental Security, and remand for an award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [26]. Accordingly, the Commissioner's decision denying disability benefits is reversed and this case is remanded to the Commissioner for immediate payment of benefits.

IT IS SO ORDERED.

DATED this 20 day of April, 2017.

MARCO A. HERNANDEZ
United States District Judge