IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA K. CRANE, | No. 6:15-cv-2199-YY |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation (#39) on September 26, 2017, in which she recommends that this Court award Plaintiff fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $7,992.62. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [39]. Accordingly, Plaintiff's motion for fees under the Equal Access to Justice Act, 28, U.S.C. § 2412(d), [30], is granted in the amount of $7,992.62.

IT IS SO ORDERED.

DATED this 3 day of Nov, 2017.

MARCO A. HERNANDEZ
United States District Judge