Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| PAMELA CRANE,<br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>   Commissioner of Social Security,<br>    Defendant. | 6:15-CV-2199-YY<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |
|---|---|

The court finds and orders an attorney fee of $29,442.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of $7,992.62 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this  5th  day of  February , 2018.


       /s/Youlee Yim You
       Youlee You
       United States Magistrate Judge